UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>        Plaintiff<br><br>v.<br><br>DEPETRO.COM, LLC,<br><br>        Defendant | CA No. 1:23-cv-00455-MSM-LDA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Christopher Sadowski and Defendant Depetro.com, LLC hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced lawsuit is hereby dismissed with prejudice, no attorneys' fees, interest or costs to any party.

| | |
|---|---|
| Plaintiff CHRISTOPHER SADOWSKI | Defendant DEPETRO.COM, LLC |
| By Its Attorneys, | By Its Attorneys, |
| */s/ Chip Muller* | */s/ Rebecca Briggs* |
| Chip Muller, Esq. (#7686) | Rebecca F. Briggs (#8114) |
| MULLER LAW LLC | Hinckley, Allen & Snyder LLP |
| 47 Wood Avenue | 100 Westminster Street, Suite 1500 |
| Barrington, RI 02806 | Providence, RI 02903-2319 |
| T: (401) 256-5171 | T: (401) 274-2000 |
| chip@mullerlaw.com | F: (401) 277-9600 |
| | rbriggs@hinckleyallen.com |

Dated: July 24, 2024

Case 1:23-cv-00455-MSM-LDA   Document 14   Filed 07/24/24   Page 2 of 2 PageID #: 89

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the ECF system on July 24, 2024 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

      */s/ Rebecca Briggs*

2